UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE No.** 0:19-cv-61376-RS

STELLA GILENO,

    Plaintiff,

vs.

SECOND ROUND SUB, LLC,

    Defendant.

_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff STELLA GILENO and Defendant SECOND ROUND SUB, LLC, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

DATED: January 8, 2020

| /s/ Jibrael S. Hindi | /s/ John Michael Marees, II |
|---|---|
| **JIBRAEL S. HINDI, ESQ.** | **JOHN MICHAEL MAREES, II, ESQ.** |
| Florida Bar No.: 118259 | Florida Bar No.: 69879 |
| E-mail:jibrael@jibraellaw.com | E-mail:jmarees@messerstrickler.com |
| **THOMAS J. PATTI, ESQ.** | **LAUREN M. BURNETTE, ESQ.** |
| Florida Bar No.: 118377 | Florida Bar No.: 120079 |
| E-mail:tom@jibraellaw.com | E-mail: lburnette@messerstrickler.com |
| The Law Offices of Jibrael S. Hindi | 12276 San Jose Blvd. |
| 110 SE 6th Street, Suite 1744 | Suite 718 |
| Fort Lauderdale, Florida 33301 | Jacksonville, FL 32223 |
| Phone: 954-907-1136 | Phone: 904-527-1172 |
| Fax:    855-529-9540 | Fax: 904-683-7353 |
| *COUNSEL FOR PLAINTIFF* | *COUNSEL FOR DEFENSE* |